```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:25-cr-200-GBD-1
     -against-                       :   ORDER
                                     :
Roseann Bellanza                     :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

George B. Daniels, United States District Judge:

It is hereby ORDERED, on consent, that the defendant's bail be modified to include the following condition: Mental Health Evaluation and Treatment as directed by Pretrial Services.

Dated: September __, 2025
New York, New York

                                                            SO ORDERED:

                                                            _____
                                                            George B. Daniels
                                                            United States District Judge